LORNA J. WENDT *v.* GARY C. WENDT

The plaintiff's petition for certification for appeal from the Appellate Court, 59 Conn. App. 656 (AC 18388), is denied.

*William F. Gallagher*, in support of the petition.

*Kurt W. Hanson, Louis K. Fisher, Wesley W. Horton* and *John J. Keefe, Jr.*, in opposition.

Decided December 20, 2000